UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| SETH and MEGAN ISAACSON | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-18230-MDC |
| | : | |

# CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CONVERT

AND NOW, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, requests that this case be dismissed or converted to a Chapter 7 for the following reasons:

1. Debtors filed the above-captioned bankruptcy case on November 30, 2016, and the Amended Plan was confirmed on July 27, 2017 ("Plan"). The Plan specified payments totaling $18,156.00, over 60 months.

2. The Plan indicates that there are no secured debts and provides for a pro-rata share to unsecured filed proof of claims.

3. In an exchange of emails, the standing trustee was notified that debtors wanted to purchase a new vehicle. The standing trustee also learned that the husband debtor recently received $37,159.00 from his deceased uncle's estate.

4. The standing trustee requested that the Plan be modified to provide more funds to unsecured creditors.

5. To date, no motion to modify the plan has been filed, and upon information and belief, debtors are unwilling to do so.

**WHEREFORE**, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, respectfully requests that this Court enter an Order in the form annexed hereto, dismissing this case, or alternatively, converting the case to a Chapter 7, whichever is in the best interest of creditors.

Respectfully submitted,

/s/ William C. Miller

Date: September 21, 2018

William C. Miller, Esquire
Chapter 13 Standing Trustee