UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Seth and Megan Isaacson<br><br>Debtors | :<br>:<br>: Chapter 13<br>:<br>: Case No.: 16-18230 |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtors, Seth and Megan Isaacson, by and through their undersigned counsel, hereby move to modify their Chapter 13 Plan and in support thereof aver as follows:

1. Debtors filed a Chapter 13 Bankruptcy on or about November 30, 2016.

2. The Chapter 13 filing was assigned case number 16-18230.

3. The Chapter 13 Plan was confirmed by this Honorable Court on or about July 27, 2017.

4. The purpose of the Debtors' Chapter 13 Plan at the time of filing was to pay a pro-rata distribution to their unsecured creditors and pay a decreased allocation to their student loans during the course of the five year repayment plan.

5. At the time of filing the Debtors' Form 122C reflected a Disposable Monthly Income in the amount of "-$1,782.00" A true and correct copy of the Debtor's Form 122C as filed is attached hereto and labeled as **Exhibit "A."**

6. Accordingly, the Debtors at the time of filing could have opted to file a Chapter 7 Bankruptcy matter.

7. The Debtor Husband and Debtor Wife since filing the instant Bankruptcy matter have separated and the Debtor Husband, Seth, is residing in the former marital

residence located at 1710 Ritter Street, Bristol, PA 19007 and has been responsible for all of the household expenditures since prior to 2018.

8. In January of 2018, the Debtor Husband was laid off from his job.

9. The subject $37,159.00 was received by way of proceeds from the sale of land in Montana that was formerly owned by the deceased great uncle of the Debtor Husband.

10. The Debtor Husband only started working again in December of 2018.

11. From the $37,159.00 the Debtor Husband made mortgage payments, home repairs, health insurance payments, utility payments, car repairs, and car insurance payments and bought food, gas, clothing and other essentials.

12. At this time, the Debtors are desirous of paying the sum of $11,000.00 to the Chapter 13 trustee immediately.

13. Further, the Debtors are desirous of increasing the Chapter 13 plan payments for the remaining 36 months from $300.00 to $600.00 per month.

14. Accordingly, the Chapter 13 Plan base amount would more than double under the proposed modified plan.

15. Said increase shall satisfy the requirements of a confirmable plan in that the modified plan shall distribute a sum greater than the non-exempt value of the $37,159.00.

16. The Debtor's proposed modified Chapter 13 Plan, attached hereto as "**Exhibit B**", increases the Debtor's Plan payment by $300.00 per month, in addition to the lump sum of $11,000.00 down, for the remainder of the Debtor's Plan (including attorney and trustee fees) and is deemed affordable by the Debtors.

WHEREFORE, the Debtors request that they be permitted to modify the Chapter 13 Plan for the above-stated reasons.

Dated: December 11, 2018

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107