UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: SETH AND MEGAN ISAACSON  :  Chapter 13

Debtor(s)  :  Bankruptcy No #16-18230-MDC

## CONSENT ORDER

AND NOW, this ____ day of _____, 2019 in resolution of the Chapter 13 Standing Trustee's Motion to Dismiss or Convert, it is

ORDERED, that, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy without further leave of court from date of dismissal order of case. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 2/4/19

William C. Miller, Esquire
Chapter 13 Standing Trustee
LeRoy Wm. Etheridge, Esquire
Jacqueline M. Chandler, Esquire
Jack K. Miller, Esquire

Date: 1.29.19

Attorney for Debtor(s)

Date: 1-29-19

Debtor(s)

Date 1-29-19

Debtor

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
CHIEF BANKRUPTCY JUDGE