IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| | : Chapter 13 |
| **Seth Isaacson** | : |
| **Megan M Isaacson** | : |
| | : |
| | : Bankruptcy Case No: 16-18230MDC |

### PRAECIPE TO WITHDRAW

TO THE COURT:

    Please withdraw the Supplemental Application for Compensation and Notice filed with the Court on April 28, 2019 at Docket No. 63 and 64.

Dated: April 29, 2019

/s/ *Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor