L-.B.F. 2016-2C "Supplemental" Application of Counsel for Debtor
for Compensation and Reimbursement of Expenses for Post Confirmation
Services Payable by the Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    )    Chapter 13
    Seth Isaacson                              )
    Megan M Isaacson                          )
                                                          )
                                                          )
                                    Debtor    )    Bankruptcy No.16-18230

SUPPLEMENTAL APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION
OF CHAPTER 13 PLAN

..................................................................................
**Brad J. Sadek, Esquire**

applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on __November 30, 2016__

3. The debtor's chapter 13 plan was confirmed by the court on __July 27, 2017__

4. The debtor paid the applicant $ __2,200.00__ prior to the filing of the chapter 13 petition.

5. Applicant's prior applications:

**First Application Period**

__11/30/2016__ to __4/21/2017__    Date of Order __7/27/2017__

|            | Requested | Allowed | Paid  | Due  |
|------------|-----------|---------|-------|------|
| Fees       | $ 4,000   | $ 4,000 | $ 2,189 | $ 0.00 |
| Expenses   | $         | $       | $     | $    |

**Second Application Period**
__ to __ Date of Order __

|            | Requested | Allowed | Paid | Due |
|------------|-----------|---------|------|-----|
| Fees       | $         | $       | $    | $   |
| Expenses   | $         | $       | $    | $   |
| Grand Totals | $       | $       | $    | $   |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

6. Applicant requests an award of supplemental compensation of $ __2,000.00__ for __8.6__ hours expended in providing the following services: __Communication (telephone and email) with client and Trustee regarding motion to dismiss, modified plans and consent order; Review of filed motion to dismiss and consent order; drafting and filing of modified plans, amended schedules, response to motion to dismiss and motion to modify plan.__

7. Applicant requests that compensation be awarded at the following hourly rate(s): __$335/hour per attorney; $125/hour per paralegal__

8. Applicant requests reimbursement of expenses in the amount of $ __0.00__ for the following expenses __

9. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

10. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

    ☑ is adequately funded.

    ☐ is not adequately funded.

13. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ __2,000.00__ in compensation and of $ __0.00__ in reimbursement of actual, necessary expenses.

Dated: __April 29, 2019__    Signed: __/s/ Brad J. Sadek, Esquire__
                                           Applicant

                             By:      __Brad J. Sadek, Esquire__
                             Name:    __Sadek and Cooper__
                             Address: __1315 Walnut Street
                                      Suite 502
                                      Philadelphia, PA 19107__
                             Phone No.: __215-545-0008__
                             Fax No.:   __215-545-0611__