APR 29, 2019 11:59AM

**Best Case Bankruptcy Case Notes**
**Isaacson, Seth**

16-18230

"Exhibit B"

### LEGAL FEES BREAKDOWN

ATTORNEY FEE: $335.00/hour    7.1 hours x $335.00 =   $2,378.50
Brad J. Sadek, Esq.

PARALEGAL FEE: $125.00/hour   1.5 hours x $125.00 =   $ 187.50
Karen Campling
Meghan Hazlett

Total: $2378.50 + $187.50 = $2,566.00

---

.5
BJS                     2/06/19
Review Consent Order; Discuss with client.

.4
BJS                     1/25/19
S/W Client regarding trustee payments.

.3
KMC                     1/16/19
Draft & file CNR to Motion to Modify

.4
BJS                     1/11/19
S/W client regarding plan

.3
BJS                     1/11/19
Emails from/to Trustee regarding proof of payments.

.4
BJS                     1/10/19
Emails to/from client regarding proof of payments.

.4
KMC                     1/09/19
File Modified Plan and amended schedules; Ltr to client

.5
BJS                     1/08/19
Modify Chapter 13 Plan; Amended Schedules I & J

.4
BJS                     1/08/19
Emails from/to client and trustee regarding updated paystubs and amendments.

.3
KMC                     1/08/19
File Response to Motion to Dismiss

.4
BJS                     1/07/19
Draft Response to Motion to Dismiss

.4
BJS                     1/07/19
S/W client regarding Motion to Dismiss and modified plan

APR 29, 2019 11:59AM

**Best Case Bankruptcy Case Notes**
**Isaacson, Seth**

16-18230

.5
MH              12/11/18
File Motion to Modify Plan and Modified Plan; New payment ltr to client

.5
BJS             12/11/18
Draft Motion to Modify Plan and Modified Plan

.4
BJS             12/11/18
S/W Client. Will modify plan

.4
BJS             12/10/18
Emails to/from client regarding payments due.

.5
BJS             12/05/18
Emails from/to Trustee re lump sum payment offer.

.5
BJS             12/05/18
Emails from/to client regarding payments offers and lump sum payment.

.4
BJS             11/09/18
Follow up conversation with client regarding motion to dismiss or conversion.

.4
BJS             9/24/18
S/W Client about Motion to Dismiss or Convert. Client advised Paul Young will be entering appearance today or tomorrow and not to act on Motion

.3
BJS             9/24/18
Review Trustee's Motion to Dismiss.