IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Seth Isaacson | : | |
| Megan M. Isaacson | : | |
| | : | Case No.:  16-18230MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, upon consideration of the Supplemental Application for

Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and

upon the Applicant's certification that proper service has been made on all interested

parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $2,000.00

Dated:    June 17, 2019

_Magdeline D. Coleman_
_____
Judge Magdeline D. Coleman
Chief United States Bankruptcy Judge