**Fill in this information to identify the case:**

Seth Isaacson
Megan M Isaacson
Debtor(s):

**UNITED STATES BANKRUPTCY COURT FOR THE**: **EASTERN DISTRICT OF PENNSYLVANIA**
Case Number: 16-18230-mdc

Official Form 410S1
**Notice of Mortgage Payment Change**

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SUN WEST MORTGAGE COMPANY, INC.

**Last four digits** of any number you use to identify the debtor's account: 2300

**Court claim no**. (if known): **N/A**

**Date of payment change:**
Must be at least 21 days after date of this notice      **09/01/2019**
mm/dd/yyyy

**New total payment:**      **$ 1,427.12**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes - Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ **605.29**      **New escrow payment:** $ **557.28**

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes - Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%      **New interest rate:** _____%

**Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes - Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

Official Form 410S1                                Notice of Payment Change                                                Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**/s/ Harry B. Reese, Esquire**
Jill Manuel-Coughlin, Esquire
Harry B. Reese, Esquire
Amanda L. Rauer, Esquire

**Date:** August 5, 2019

**Title:** Attorney

**Print:** Jill Manuel-Coughlin, Esquire_____

**Company:** Powers Kirn, LLC

**Address:** 8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**E-Mail:** bankruptcy@powerskirn.com

**Contact Phone:** 215-942-2090

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Seth Isaacson<br>Megan M Isaacson<br><br>   Debtor(s)<br><br>SUN WEST MORTGAGE COMPANY, INC.<br>   Movant<br>   v.<br>Seth Isaacson<br>Megan M Isaacson<br>   Debtor(s) | Case No. 16-18230-mdc |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on August 5, 2019.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

*Parties Served via Electronic Notification:*

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Attorney for Debtor(s)

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Trustee

*Parties Serviced via First Class Mail:*

Seth Isaacson
Megan M Isaacson
1710 Ritter Avenue
Bristol, PA 19007
Debtor(s)

**/s/ Harry B. Reese, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Amanda L. Rauer, Esquire; Atty ID #307028
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: August 5, 2019