# Best Case Bankruptcy Case Notes
## Isaacson, Seth

### LEGAL FEES BREAKDOWN

ATTORNEY FEE: $335.00/hour      11.7 hours x $335.00 = $ 3,919.50
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.
Meghan K. Power, Esq.

PARALEGAL FEE: $125.00/hour      .7 hours x $125.00 =    $   87.50
Karen Campling

Total: $3,919.50 + $ 87.50 = $4,007.50

---

**.4**
KMC                          6/08/20
File Amended Plan & Amended Schedule J; Letter to client

**.5**
MHL                          6/08/20
Amendments to Plan.

**.7**
BJS and MKP          6/02/20
Hearing on Motion to Modify per CARES Act.

**.3**
MKP                          5/05/20
Modified payment letter to client, sent via email

**.3**
MKP                          4/27/20
File Motion to Modify

**.7**
MKP                          4/27/20
Draft motion to modify per CARES act

**.1**
BJS                          4/22/20
Email from client

**.4**
BJS                          4/21/20
Phone call and email with client

**.2**
BJS                          4/17/20
Email from client

**.3**
BJS                          4/17/20
Email from and to client

**.2**
BJS                          4/17/20
Email from client

**.4**
BJS                          4/08/20
Emails with client

# Best Case Bankruptcy Case Notes
## Isaacson, Seth

**.2**
bjs                          4/08/20
Emails with client

**.2**
BJS                          2/27/20
Email from client

**.3**
BJS                          2/27/20
Emails with client

**.2**
BJS                          2/27/20    11:51AM        6/09/20    6:24AM
Follow up email to Trustee, awaiting response from Trustee

**.5**
BJS                          2/10/20                   6/09/20    8:22AM
Emails from and to client

**.1**
BJS                          2/05/20                   6/09/20    8:21AM
Follow up email from client

**.1**
BJS                          1/21/20                   6/09/20    8:20AM
Email from Client

**.3**
BJS                          1/21/20                   6/09/20    8:20AM
Emails with client re medical status and status of modification requests to Trustee

**.2**
BJS                          1/20/20    9:08AM         6/09/20    8:18AM
Follow up email to Trustee

**.2**
BJS                          1/20/20    9:08AM         6/09/20    8:17AM
Emails with client re Trustee

**.3**
BJS                          1/17/20                              8:17AM
Emails with client re proposed modification

**.2**
BJS                          1/07/20    2:46PM         6/09/20    8:16AM
Follow up email with Trustee

**.2**
BJS                          12/19/19                  6/09/20    8:16AM
Email to Trustee re modification proposal

**.2**
BJS                          12/19/19   9:57AM         6/09/20    8:16AM
Emails to/from client re modification proposal to Trustee

**.4**
BJS                          12/18/19                  6/09/20    8:14AM
Call to client re modification

JUN 9,2020  9:31AM

# Best Case Bankruptcy Case Notes
## Isaacson, Seth

16-18230

**.1**
BJS                    12/18/19
Email from client re possible PI recovery

**.4**
BJS                    12/18/19                                    M
Emails from and to client; Call to client re value from PI attorney, modification of plan

**.1**
BJS                    12/16/19                                    AM
Email from client

**.3**
BJS                    12/16/19                                    AM
Emails with client re the Funding company

**.3**
BJS                    12/16/19    2:08PM                 8:1  AM
Emails with client re options with the funding company

**.4**
BJS                    12/16/19    1:50AM      6/09/20    3:10AM
Emails with client

**.2**
BJS                    10/30/19                  20       8:10A
Email with client re payments

**.1**
KMC                    8/21/19    35AM                    8:   AM
Received and sent proof of payment to Trustee

**.6**
BJS                    8/08/19    2:00PM      6/09/20    8:09
Meeting with client re motion to dismiss

**.4**
BJS                    8/07/19    10:02AM     6/09/20    5:08A
Phone call and email with client

**.3**
BJS                    8/05/19                6/09/20    8:07AM
Emails with client regarding possible modification

**.2**
BJS                    7/16/19    9:34AM      6/09/20    8:07AM
Emails with client

**.3**
BJS                    7/16/19    8:16AM      6/09/20    8:07AM
Emails with client about possible conversion

**.4**
BJS                    7/15/19    0.07AM      6/09/20    8:06AM
Emails with client regarding current situation and feasibility of plan

**.2**
KMC                    5/20/19    3:00PM      6/20/19    2:50PM
CNR